UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 05 B 25480
  RICHARD W EVANS
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-9562
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/28/05 and confirmed on 08/12/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   35136.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| M & I MARSHALL & IISLEY | CURRENT MORTG | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 15068.03 | .00 | 9599.52 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4265.38 | .00 | 2717.38 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10106.14 | .00 | 6438.41 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4515.43 | .00 | 2876.68 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9376.43 | .00 | 5973.52 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8785.10 | .00 | 5596.80 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 654.62 | .00 | 417.04 |
| RICHARD MANN | REIMBURSEMENT | .00 | .00 | .00 |
| DAVID P LEIBOWITZ | ORIGINAL ATTO | NOT FILED | .00 | .00 |

         Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 52771.13 | .00 | 52771.13 |
| PRINCIPAL PAID | .00 | .00 | 33619.35 | .00 | 33619.35 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 33619.35 | .00 | 33619.35 |

The Debtor's attorney, RICHARD MANN                  , was allowed $   2200.00
and was paid $    2200.00   direct and $       .00   through the plan.

The Trustee received $    1516.65 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 10/08/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```